UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.

WALTER SORNOZA,
    Defendant.
_____/

Case No.: 23-CR-539

Judge Patricia Gaughan

**EMERGENCY UNOPPOSED MOTION TO ALLOW MEDICAL TREATMENT**

COMES NOW WALTER SORNOZA, by and through undersigned counsel, Philip L. Reizenstein, Esq., Reizenstein and Associates, PA, and hereby files this Emergency Unopposed Motion to Allow Medical Treatment. In support thereof, counsel for Mr. Sornoza would aver as follows:

1. Walter Sornoza has a painful dental infection on the upper left side of his mouth. He is in extreme pain.

2. Mr. Sornoza has repeatedly asked for but has been denied medical treatment for the dental infection.

3. Treatment is being refused without a court order.

4. Counsel has conferred with AUSA Margaret Sweeney, Esq. who does not oppose this motion.

WHEREFORE, the defense moves this Court to enter an Order to Allow Medical Treatment for Walter Sornoza.

Respectfully Submitted,

1

S/***Philip L. Reizenstein, Esq.***
Philip L. Reizenstein, Esq.
Admitted Pro Hac Vice
Reizenstein & Associates, PA
Florida Bar #634026
2828 Coral Way, Suite 540
Miami, FL 33145
(305) 444-0755
Phil@Reizensteinlaw.com
Service@Reizensteinlaw.com